10821.   FARMERS STATE BANK v. SINGLETARY, survivor.

BROYLES, C. J.   In this case substantial justice seems to have been done; the verdict was authorized by the evidence; no reversible error of law appears to have been committed upon the trial; and for no reason assigned in any of the grounds of the motion for a new trial did the court err in overruling the motion.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*
DECIDED DECEMBER 9, 1919.

Complaint; from Early superior court—Judge Worrill.   July 26, 1919.

Application for certiorari was denied by the Supreme Court.

*Park & Stone,* for plaintiff in error.

*Pottle & Hofmayer,* contra.